

UNITED STATES BANKRUPTCY COURT
Northern District of California
U.S. Courthouse and Federal Building
280 South First Street Room 3035
San Jose, California 95113-3099
(408) 535-5118

RECEIVED
JAN 2 8 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING

Gloria L. Franklin
Clerk of Court

Richard W. Wieking, Clerk
United States District Court
280 South First Street
San Jose, CA 95113

C 05   00417 JF

Re:   *Adversary Name:   Religious Technology Center vs. V. Arel Lucas*
      *Adversary Number:   03-5131 ASW*
      *Bankruptcy Judge Name:   A. S. Weissbrodt*

Dear Mr. Wieking:

[ ] Enclosed please find the notice of appeal, certified copy of the docket and order being appealed and related papers from BAP and designated items to form the record on appeal for assignment to a district court judge.

[X] Enclosed please find a conformed copy of the notice of appeal, election to district court document, as well as a certified copy of the docket and order being appealed for assignment to a district court judge.

[ ] Enclosed please find the record of designated items and a certificate of record for an appeal that has been previously sent to the district court.

[ ] Enclosed please find a Bankruptcy Judge's Recommendation that Appeal Be Dismissed and the Notice of Appeal and associated documents filed with the Bankruptcy Court.

Please acknowledge receipt of this appeal by stamping the district court case number on a copy of this letter and return it to Angela Wong.

           Gloria L. Franklin, Clerk
           United States Bankruptcy Court

Dated: January 25, 2005       By: _____
           Angela Wong, Deputy Clerk

1  Elaine M. Seid, SBN 72588
   MCPHARLIN, SPRINKLES & THOMAS LLP
2  Ten Almaden Blvd., Ste. 1460
   San Jose, CA 95113
3  Telephone: (408) 293-1900

4  Helena K. Kobrin, SBN 152546
   MOXON & KOBRIN
5  3055 Wilshire Blvd., Ste. 900
   Los Angeles, CA 90010
6  Telephone: (213) 487-4468

7  Samuel D. Rosen, Esq.
   75 East 55th Street, 12th Floor
8  New York, New York 10022-3205
   Telephone: (212) 318-6020
9
   Attorneys for Creditor
10 RELIGIOUS TECHNOLOGY CENTER

11               UNITED STATES BANKRUPTCY COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14 In re H. KEITH HENSON,                )  No. C 05 00417 JF
                                         )
15                                       )
                  Debtor.                )
16                                       )  BKR. CASE NO.: 98-51326-ASW-7
                                         )  (Chapter 7)
17 _____ )
                                         )  ADV. NO. 03-5131
18 Religious Technology Center,          )
                                         )
19              Plaintiff,               )
                                         )
20 v.                                    )
                                         )
21 V. Arel Lucas, an individual, as wife of the )
   Debtor; Carol Wu, as Chapter 7 Trustee, )
22                                       )
                Defendant.               )
23 _____ )

24

25            **NON CONSENT TO HEARING OF APPEAL**
              **BY BANKRUPTCY APPELLATE PANEL**
26       **AND ELECTION FOR HEARING BY DISTRICT COURT**

27

28    Plaintiff and Creditor, RELIGIOUS TECHNOLOGY CENTER ("RTC" or "Appellant") has

Non Consent to Bankruptcy Appellate Panel and Election for Hearing by District Court    Page 1

1 | filed its appeals under 28 U.S.C §158(a) from the Bankruptcy Court's Order on Motion to Compel
2 | Appearance of V. Arel Lucas at Deposition ("Deposition Order") entered in the above captioned
3 | case on or about January 18, 2005.
4 |     RTC does not consent to its appeal being heard by the Bankruptcy Appellate Panel and
5 | hereby elects to have its appeal heard by the United States District Court.

Dated: January 21, 2005

Respectfully submitted,

McPHARLIN SPRINKLES & THOMAS LLP

/s/ Elaine M. Seid

_____
Elaine M. Seid
Attorneys for Creditor
RELIGIOUS TECHNOLOGY CENTER

Entered on Docket
January 19, 2005
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1-11-05

35

Elaine M. Seid, Esq., SBN 72588
MCPHARLIN, SPRINKLES & THOMAS LLP
Ten Almaden Blvd., Ste. 1460
San Jose, CA 95113
Telephone: (408) 293-1900

Helena K. Kobrin Esq., SBN 152546
MOXON & KOBRIN
3055 Wilshire Blvd., Ste. 900
Los Angeles, CA 90010
Telephone: (213) 487-4468

Samuel D. Rosen, Esq.
75 East 55th Street, 12th Floor
New York, New York 10022-3205
Telephone: (212) 318-6000

Attorneys for Creditor
RELIGIOUS TECHNOLOGY CENTER

FILED
05 JAN 18 PM 1:21
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
SAN JOSE, CA.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re H. KEITH HENSON,

Debtor.

Religious Technology Center,

Plaintiff,

v.

V. Arel Lucas, an individual, as wife of the Debtor; Carol Wu, as Chapter 7 Trustee,

Defendant.

CASE NO.: 98-51326 ASW-7
(Chapter 7)

Adv. No. 03-5131

hrg: 11-9-04 @ 3:00 pm

**ORDER ON MOTION TO COMPEL APPEARANCE OF V. AREL LUCAS AT DEPOSITION AND ON DEFENDANT'S SUMMARY JUDGMENT MOTION**

ORDER ON MOTION TO COMPEL APPEARANCE
OF V. AREL LUCAS AT DEPOSITION AND ON
DEFENDANT'S SUMMARY JUDGMENT MOTION

Having reviewed the arguments of the parties, for the reasons stated on the record at the hearing on November 9, 2004, the Court hereby ORDERS:

1. Religious Technology Center's Motion to Compel the Appearance of V. Arel Lucas at Deposition is hereby denied. RTC may propound 50 interrogatories to Ms. Lucas at this time.

2. Defendant's summary judgment motion was continued at the hearing to February 24, 2005, but that date was subsequently changed by the Court. Thus, the summary judgment motion is continued until February 10, 2005. at 3:00 pm.

***END OF ORDER***

DATED: 1/18/05

FORM OF ORDER APPROVED BY:

*Arthur S. W—*
UNITED STATES DISTRICT JUDGE

/s/ Wayne Silver
Wayne Silver, Esq.
Attorney for Defendant
V. Arel Lucas

/s/ Susan Luce
Susan Luce, Esq.
Attorney for Defendant
Carol Wu, Chapter 7 Trustee

ORDER ON MOTION TO COMPEL APPEARANCE
OF V. AREL LUCAS AT DEPOSITION AND ON
DEFENDANT'S SUMMARY JUDGMENT MOTION

2

COURT SERVICE LIST

1

2

3   Stanley A. Zlotoff
    300 S. First Street, Ste. 215
    San Jose, CA 95113
4   *Attorney for Debtor*

5

6   Helena K. Kobrin
    Moxon & Kobrin
    3055 Wilshire Blvd., Ste. 900
7   Los Angeles, CA 90010
    *Attorney for Creditor, RTC*

8

9   Samuel D. Rosen
    75 East 55th Street, 12th Floor
    New York, NY 10022-3205
10  *Attorney for Creditor, RTC*

11

12  Elaine M. Seid
    McPharlin, Sprinkles & Thomas, LLP
    10 Almaden Blvd., Suite 1460
13  San Jose, CA 95113
    *Attorney for Creditor, RTC*

14

15  Wayne Silver
    111 W. Evelyn Ave., #107
    Sunnyvale, CA 94086
16  *Attorney for Arel Lucas*

17

18  Susan Luce
    Law Offices of Charles Logan
    95 South Market St., Ste. 660
19  San Jose, CA 95113
    *Attorney for Carol Wu*

20

21  Office of the U.S. Trustee
    280 South First Street, Rm 268
    San Jose, CA 95113
22  *(U.S. Trustee)*

23

24

25

SERVICE LIST

-1-

Re: 03-5131 ASW

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed and qualified clerk in the office of the Northern District of California, San Jose, California, hereby certify:

**Notice of Appeal and Transmittal Form**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document by depositing it in the regular United States mail at San Jose, California on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below.

| | |
|---|---|
| Susan Luce<br>Law Offices of Charles Logan<br>95 South Market St., #660<br>San Jose, CA 95113 | Office of the U.S. Trustee<br>Attn: John Wesoloski<br>280 South First Street, #268<br>San Jose, CA 95113 |
| Wayne A. Silver<br>111 West Evelyn Avenue<br>Sunnyvale, CA 94086 | Stan Zlotoff<br>Law Offices of Stanley Zlotoff<br>300 S. First Street #215<br>San Jose, CA 95113 |
| Elaine M. Seid<br>Mcpharlin, Sprinkles & Thomas<br>Ten Almaden Blvd., #1460<br>San Jose, CA 95113 | Office of the Clerk<br>U.S. District Court<br>280 South First Street<br>San Jose, CA 95113 |

Dated: January 25, 2005

*A.W.*

Angela Wong, Deputy Clerk

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

1

Certificate of Mailing.wpt

Elaine M. Seid, SBN 72588
MCPHARLIN, SPRINKLES & THOMAS LLP
Ten Almaden Blvd., Ste. 1460
San Jose, CA 95113
Telephone: (408) 293-1900

Helena K. Kobrin, SBN 152546
MOXON & KOBRIN
3055 Wilshire Blvd., Ste. 900
Los Angeles, CA 90010
Telephone: (213) 487-4468

Samuel D. Rosen, Esq.
75 East 55th Street, 12th Floor
New York, New York 10022-3205
Telephone: (212) 318-6020

Attorneys for Creditor
RELIGIOUS TECHNOLOGY CENTER

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re H. KEITH HENSON,<br><br>Debtor.<br>_____<br>Religious Technology Center,<br><br>Plaintiff,<br><br>v.<br><br>V. Arel Lucas, an individual, as wife of the Debtor; Carol Wu, as Chapter 7 Trustee,<br><br>Defendant.<br>_____ | _____ No. _____<br><br>BKR. CASE NO.: 98-51326-ASW-7<br>(Chapter 7)<br><br>ADV. NO. 03-5131 |

### NOTICE OF APPEAL

Creditor Religious Technology Center ("RTC") files its notice of appeal under 28 U.S.C. § 158(a)(3) as required under Bankruptcy Rule 8001(b) from the Order on Motion to

1 Compel Appearance of V. Arel Lucas at Deposition and on Defendant's Summary Judgment
2 Motion, entered on January ___, 2005 ("Order"), to accompany its Motion for Leave to
3 Appeal that Order. A copy of the Order is attached as Exhibit A.
4     The names of all parties to the Order and the names, addresses and telephone numbers
5 of their respective attorneys are as follows:

| Party | Attorney |
|---|---|
| Defendant V. Arel Lucas | Wayne Silver<br>111 West Evelyn Avenue, Suite 107<br>Sunnyvale, CA 94066<br>(408) 720-7002 |
| Her husband, debtor H. Keith Henson | Stanley Zlotoff<br>Law Offices of Stanley A. Zlotoff<br>300 S. First St., Suite 215<br>San Jose, CA 95113<br>(408) 287-7645 |
| Chapter 7 Trustee Carol Wu | Susan Luce<br>Law Offices of Charles Logan<br>95 South Market Street, Ste 660<br>San Jose, CA 95113<br>(408) 995-0256 |
| United States Trustee Edwina Dowell | John Wesolowski<br>Office of the U.S. Trustee<br>280 South First St., Rm. 268<br>San Jose, CA 95113<br>(408) 535-5525 |

Dated: January 21, 2005

Respectfully submitted,

McPHARLIN, SPRINKLES & THOMAS, LLP

/s/ Elaine M. Seid
By: Elaine M. Seid

Attorneys for Creditor
RELIGIOUS TECHNOLOGY CENTER