Document Selection Menu

## Multiple Documents

Select the document you wish to view.

| Part | Description | |
|---|---|---|
| 1 | Main Document | 2 pages |
| 2 | Non Consent to Hearing of Appeal by BAP | 2 pages |
| 3 | Notice of Pendency of Other Case | 2 pages |
| 4 | Motion to Leave to Appeal | 7 pages |
| 5 | Excerpts of Record | 1 page |
| 6 | Exhibit E.R. 1 | 4 pages |
| 7 | Exhibit E.R. 2 | 13 pages |
| 8 | Exhibit E.R. 3 | 4 pages |
| 9 | Exhibit E.R. 4 | 10 pages |
| 10 | Exhibit E.R. 5 | 4 pages |
| 11 | Certificate of Service | 2 pages |

1  Elaine M. Seid, SBN 72588
   MCPHARLIN, SPRINKLES & THOMAS LLP
2  Ten Almaden Blvd., Ste. 1460
   San Jose, CA 95113
3  Telephone: (408) 293-1900

4  Helena K. Kobrin, SBN 152546
   MOXON & KOBRIN
5  3055 Wilshire Blvd., Ste. 900
   Los Angeles, CA 90010
6  Telephone: (213) 487-4468

7  Samuel D. Rosen, Esq.
   75 East 55th Street, 12th Floor
8  New York, New York 10022-3205
   Telephone: (212) 318-6020
9
   Attorneys for Creditor
10 RELIGIOUS TECHNOLOGY CENTER

11
                UNITED STATES BANKRUPTCY COURT
12
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN JOSE DIVISION
14

15 In re H. KEITH HENSON,                  )  _____ No. _____
                                           )
16                Debtor.                  )
                                           )  BKR. CASE NO.: 98-51326-ASW-7
17 _____ )  (Chapter 7)
                                           )
18 Religious Technology Center,            )  ADV. NO. 03-5131
                                           )
19                Plaintiff,               )
                                           )
20 v.                                      )
                                           )
21 V. Arel Lucas, an individual, as wife of the )
   Debtor; Carol Wu, as Chapter 7 Trustee, )
22                                         )
                  Defendant.               )
23 _____ )

24

25              **EXCERPTS OF RECORD FOR
          CREDITOR RELIGIOUS TECHNOLOGY CENTER'S
26      MOTION FOR LEAVE TO APPEAL ORDER DENYING
           MOTION TO COMPEL DEFENDANT'S DEPOSITION**
27

28
   EXCERPTS OF RECORD FOR CREDITOR RELIGIOUS
   TECHNOLOGY CENTER'S MOTION FOR LEAVE TO
   APPEAL ORDER DENYING MOTION TO COMPEL
   DEFENDANT'S DEPOSITION

E.R. 1

Entered on Docket
January 19, 2005
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1-11-05

FILED

05 JAN 18 PM 1:21

U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
SAN JOSE, CA.

1  Elaine M. Seid, Esq., SBN 72588
   MCPHARLIN, SPRINKLES & THOMAS LLP
2  Ten Almaden Blvd., Ste. 1460
   San Jose, CA 95113
3  Telephone: (408) 293-1900

4  Helena K. Kobrin Esq., SBN 152546
   MOXON & KOBRIN
5  3055 Wilshire Blvd., Ste. 900
   Los Angeles, CA 90010
6  Telephone: (213) 487-4468

7  Samuel D. Rosen, Esq.
   75 East 55th Street, 12th Floor
8  New York, New York 10022-3205
   Telephone: (212) 318-6000
9
   Attorneys for Creditor
10 RELIGIOUS TECHNOLOGY CENTER

11

12              UNITED STATES BANKRUPTCY COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                                        ) CASE NO.: 98-51326 ASW-7
15                                        ) (Chapter 7)
   In re H. KEITH HENSON,                 )
16                                        )
           Debtor.                        )
17  _____         ) Adv. No. 03-5131
18  Religious Technology Center,          )   hrg: 11-9-04 @ 3:00 pm
                                          )
19         Plaintiff,                     )
                                          )
20  v.                                    )
                                          )
21  V. Arel Lucas, an individual, as wife of )
    the Debtor; Carol Wu, as Chapter 7    )
22  Trustee,                              )
                                          )
23         Defendant.                     )
                                          )
24  _____

25
         **ORDER ON MOTION TO COMPEL APPEARANCE OF**
26       **V. AREL LUCAS AT DEPOSITION AND ON**
         **DEFENDANT'S SUMMARY JUDGMENT MOTION**
27

28

ORDER ON MOTION TO COMPEL APPEARANCE
OF V. AREL LUCAS AT DEPOSITION AND ON
DEFENDANT'S SUMMARY JUDGMENT MOTION

1  Having reviewed the arguments of the parties, for the reasons stated on the record
2  at the hearing on November 9, 2004, the Court hereby ORDERS:
3      1.  Religious Technology Center's Motion to Compel the Appearance of V.
4  Arel Lucas at Deposition is hereby denied. RTC may propound 50 interrogatories to Ms.
5  Lucas at this time.
6      2.  Defendant's summary judgment motion was continued at the hearing to
7  February 24, 2005, but that date was subsequently changed by the Court. Thus, the
8  summary judgment motion is continued until February 10, 2005. at 3:00 pm.

                ***END OF ORDER***

DATED: 1/18/05

FORM OF ORDER APPROVED BY:

/s/ Wayne Silver

Wayne Silver, Esq.
Attorney for Defendant
V. Arel Lucas

/s/ Susan Luce

Susan Luce, Esq.
Attorney for Defendant
Carol Wu, Chapter 7 Trustee

ORDER ON MOTION TO COMPEL APPEARANCE
OF V. AREL LUCAS AT DEPOSITION AND ON
DEFENDANT'S SUMMARY JUDGMENT MOTION

2

## COURT SERVICE LIST

Stanley A. Zlotoff
300 S. First Street, Ste. 215
San Jose, CA 95113
*Attorney for Debtor*

Helena K. Kobrin
Moxon & Kobrin
3055 Wilshire Blvd., Ste. 900
Los Angeles, CA 90010
*Attorney for Creditor, RTC*

Samuel D. Rosen
75 East 55th Street, 12th Floor
New York, NY 10022-3205
*Attorney for Creditor, RTC*

Elaine M. Seid
McPharlin, Sprinkles & Thomas, LLP
10 Almaden Blvd., Suite 1460
San Jose, CA 95113
*Attorney for Creditor, RTC*

Wayne Silver
111 W. Evelyn Ave., #107
Sunnyvale, CA 94086
*Attorney for Arel Lucas*

Susan Luce
Law Offices of Charles Logan
95 South Market St., Ste. 660
San Jose, CA 95113
*Attorney for Carol Wu*

Office of the U.S. Trustee
280 South First Street, Rm 268
San Jose, CA 95113
*(U.S. Trustee)*

SERVICE LIST

-1-

**E.R. 2**

Case 5:05-cv-00417-RMW   Document 1-2   Filed 01/28/05   Page 7 of 19

e Filed
Date: 4/6/04

1  Elaine M. Seid, Esq., SBN 72588
   MCPHARLIN, SPRINKLES & THOMAS LLP
2  Ten Almaden Blvd., Ste. 1460
   San Jose, CA 95113
3  Telephone: (408) 293-1900

4  Helena K. Kobrin Esq., SBN 152546
   MOXON & KOBRIN
5  3055 Wilshire Blvd., Ste. 900
   Los Angeles, CA 90010
6  Telephone: (213) 487-4468

7  Samuel D. Rosen, Esq.
   75 East 55th Street, 12th Floor
8  New York, New York 10022-3205
   Telephone: (212) 318-6000
9
   Attorneys for Creditor
10 RELIGIOUS TECHNOLOGY CENTER

11

12              UNITED STATES BANKRUPTCY COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14
                                    ) CASE NO.: 98-51326 ASW-7
15                                  ) (Chapter 7)
   In re H. KEITH HENSON,           )
16                                  )
        Debtor.                     )
17 _____) Adv. No. 03-5131

18 Religious Technology Center,     )
                                    )
19              Plaintiff,          )
                                    ) DATE: May 6, 2003
20 v.                               ) TIME: 3:00 p.m.
                                    ) CTRM: Hon. Arthur Weissbrodt
21 V. Arel Lucas, an individual, as wife of )
   the Debtor; Carol Wu, as Chapter 7 )
22 Trustee,                         )
                                    )
23              Defendant.          )

24

25        DECLARATION OF ELAINE M. SEID IN SUPPORT OF
          MOTION TO COMPEL APPEARANCE OF V. AREL LUCAS
26             AT DEPOSITION, TO STAY THE CASE
          UNTIL SHE APPEARS, AND FOR AN AWARD OF EXPENSES
27

28
   DECLARATION OF ELAINE M. SEID IN SUPPORT OF MOTION TO COMPEL
   APPEARANCE OF V. AREL LUCAS AT DEPOSITION, TO STAY THE CASE
   UNTIL SHE APPEARS, AND FOR AN AWARD OF EXPENSES

I, Elaine M. Seid, hereby declare:

1. I am one of the counsel of record for plaintiff Religious Technology Center ("RTC"). I have personal knowledge of the facts set forth below, and if called to testify as to those facts, would do so competently.

2. On April 17, 2003, I served a deposition notice on Lucas via her then attorney, Howard Hibbard. Exhibit 1 is a true and correct copy of that notice.

3. Mr. Hibbard served an "Objection to Deposition of Arel Lucas," a true and correct copy of which is Exhibit 2. Mr. Hibbard never moved for a protective order to prevent the deposition from going forward or obtained such an order.

I declare under penalty of perjury that the facts stated herein are true and correct. Executed in San Jose, California the 6th day of April 2004.

/s/ Elaine M. Seid
Elaine M. Seid

DECLARATION OF ELAINE M. SEID IN SUPPORT OF MOTION TO COMPEL
APPEARANCE OF V. ARIEL LUCAS AT DEPOSITION, TO STAY THE CASE
UNTIL SHE APPEARS, AND FOR AN AWARD OF EXPENSES

2

```
 1  Elaine M. Seid, Esq., SBN 72588
    MCPHARLIN, SPRINKLES & THOMAS LLP
 2  Ten Almaden Blvd., Ste. 1460
    San Jose, CA 95113
 3  Telephone: (408) 293-1900

 4  Helena K. Kobrin Esq., SBN 152546
    MOXON & KOBRIN
 5  3055 Wilshire Blvd., Ste. 900                  APR 1 8 2003
    Los Angeles, CA 90010
 6  Telephone: (213) 487-4468

 7  Samuel D. Rosen, Esq.
    75 East 55th Street, 12th Floor
 8  New York, New York 10022-3205
    Telephone: (212) 318-6000
 9
    Attorneys for Creditor
10  RELIGIOUS TECHNOLOGY CENTER

11

12              UNITED STATES BANKRUPTCY COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14
                                    )   CASE NO.: 98-51326 ASW-7
15                                  )   (Chapter 7)
    In re H. KEITH HENSON,          )
16                                  )
         Debtor.                    )
17  _____  )   ADVERSARY PROCEEDING NO.
                                    )   035131
18  Religious Technology Center, Creditor, )
                                    )
19              Plaintiff,          )   Date: June 4, 2003
                                    )
20  v.                              )   Time: 10:00 am
                                    )
21  V. Arel Lucas, an individual, as wife of ) Place: Ten Almaden Blvd., Ste. 1460
    the Debtor; Carol Wu, an individual, as )      San Jose, CA 95113
22  Chapter 7 Trustee,              )
                                    )
23              Defendant.          )

24  _____

25           NOTICE OF DEPOSITION OF V. AREL LUCAS

26       PLEASE TAKE NOTICE that pursuant to Bankr. Rule 7030 and Rules 30 and 34,

27  Federal Rules of Civil Procedure, plaintiff Religious Technology Center will take the

28  deposition of defendant, V. Arel Lucas ("Lucas") on June 4, 2003 at 10:00 a.m. at the
```

NOTICE OF DEPOSITION OF V. AREL LUCAS

1

**EXHIBIT 1**

1  law offices of McPharlin, Sprinkles, & Thomas LLP, 10 Almaden Blvd., Suite 1460, San
2  Jose, CA 95113, telephone number 408-293-1900.
3      The deposition will continue from day to day, excluding Saturday, Sunday and
4  holidays, until completed, before a notary public authorized to administer the oath. The
5  deposition will be recorded stenographically and may be recorded by sound and visually
6  pursuant to Rule 30(b)(2), Fed.R.Civ.P.
7      PLEASE TAKE FURTHER NOTICE THAT Ms. Lucas is hereby requested,
8  pursuant to Rule 34 of the Federal Rules of Civil Procedure, to produce at McPharlin,
9  Sprinkles, & Thomas LLP law offices on May 21, 2003 at 10:00 a.m., the documents
10 requested in Exhibit A attached hereto.
11
12 Dated: April 17, 2003                        McPHARLIN, SPRINKLES & THOMAS LLP
13
14
15                                             By: Elaine M. Seid
16                                             Attorneys for Creditor
                                               RELIGIOUS TECHNOLOGY CENTER

NOTICE OF DEPOSITION OF V. AREL LUCAS

2

# EXHIBIT A

## DEFINITIONS AND EXPLANATIONS:

1. "Document" shall in all instances mean the original of each writing or other tangible thing within the meaning of Rule 34, as well as all non-identical copies, drafts and preliminary versions of any writing or other tangible thing of any kind within the meaning of Rule 34, by whatever means made or communicated, including but not limited to letters, e-mails, postings, drawings, sketches, graphs, charts, photographs, audio or video tapes, models, molds, prototypes and other tangible things in any form or media from which information can be obtained, either directly or through the aid of a machine or device.

2. The words "and" and "or" as used herein shall both mean "and/or."

3. The term "concerning" means relating to, referring to, describing, evidencing or constituting.

4. "Your Husband" means H. Keith Henson.

5. "Your House" means the house owned by you at 302 College Avenue, Palo Alto, California and/or the house previously owned by you at 799 Coffey Court, San Jose, California.

6. If any documents requested herein are withheld from production on grounds of privilege, please provide with your response a complete privilege log including for each such document: (I) the date and number of pages of the document; (ii) its title (if any); (iii) its general subject matter; (iv) the identity of attachments or appendices to the document; (v) the name and address of each person who received a copy thereof; (vi) the name and address of each person to whom the document was distributed, shown, described to or explained; (vii) the name and address of the person or persons by whom it was written; (viii) its present custodian; (ix) the particular privilege claimed and a full description of the factual grounds upon which it is being withheld; (x) the relationship of the author to each addressee and each person who received, was shown, or was informed of the contents of the document; and (xi) all facts which,

NOTICE OF DEPOSITION OF V. AREL LUCAS

3

1  objectively viewed, show or may tend to show a waiver of the privilege asserted.

2      7.    If any document called for by this Document Request has been destroyed, lost, altered, or discarded, please include in your written response separately for each such document: (I) the identity of all authors, addressees and recipients; (ii) the date, subject matter, and number of pages of the document; (iii) a description of any attachment or appendices to the document; (iv) the names and identification of all persons to whom the document was distributed, shown or explained; (v) the date when it was destroyed, lost, altered, or discarded, the manner and circumstances in which same occurred, and the reason for same; (vi) the names and addresses of all persons who authorized or effectuated such conduct; and (vii) the names and addresses of all persons who might still have a copy of the document or any part of it.

## DOCUMENTS TO BE PRODUCED

1. All documents concerning or consisting of communications between you and Your Husband related to the purchase of Your House.

2. All documents concerning the purchase of Your House.

3. All documents concerning the payment of bills and other expenses of your family by you and/or Your Husband from August 1, 1990 through January 1, 1997.

4. All notes of oral discussions or agreements concerning the purchase of Your House.

5. All documents reflecting payments made for the mortgage, insurance, and property tax on Your House, or for the maintenance of Your House, including all documents that reflect the source of funds for each such payment.

6. All documents reflecting the source of funds used for a down payment or deposit, or for closing costs or other amounts paid at closing, or for any expenses for capital improvements for 799 Coffey Court, San Jose, California.

///

///

7. All documents reflecting the source of funds used by you and Your Husband for a down payment or deposit, or for closing costs or other amounts paid at closing, or for any expenses for capital improvements for 302 College

## Proof of Service

I declare that:

I am employed in the county of Santa Clara, State of California; I am over the age of eighteen (18) and not a party to the within-entitled action; my business address is 10 Almaden Blvd., Ste. 1460, San Jose, California, 95113.

On 4-17-03, I served the following:

### NOTICE OF DEPOSITION OF V. AREL LUCAS

on the interested parties in said action, by depositing a true copy thereof in the United States Mail, postage prepaid in San Jose, California, addressed as follows:

SEE SERVICE LIST

[X]  (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ]  (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[X]  (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile only on those parties with fax number listed.

[ ]  (BY FEDERAL EXPRESS) I caused such envelope(s) with postage thereon fully prepaid to be placed in the Federal Express office at San Jose, California.

[ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]  (FEDERAL) I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on 4-17-03, San Jose, California.

*Ann O'Donnell* (signature)
ANN O'DONNELL

## SERVICE LIST

Stanley A. Zlotoff
Law Offices of Zlotoff
300 S. First St. Suite 215
San Jose, CA 95113
Fax (408) 287-7645
*Attorney for Debtor*

Judith Suelzle
Law Offices of Judith S. Suelzle
19925 Stevens Creek Boulevard
Cupertino, CA 95014-2305
*Attorney for Carol Wu, Chapter 7 Trustee*

Howard Lawrence Hibbard
22693 Hesperian Blvd #210
Hayward, CA 94541
Fax: (510) 783-1645
*Attorney for Arel Lucas*

David J. Cook
Cook, Perkiss & Lew
333 Pine Street, Suite 300
San Francisco, CA 94104
*Attorney for Hilary Dezotell, Ken Hoden & Bruce Wagnoner*

U.S. Trustee's Office
280 S. First Street, Suite 268
San Jose, CA 95113

H. Keith Henson
PO Box 60012
Palo Alto, CA 94306

NOTICE OF DEPOSITION OF V. AREL LUCAS

- 3 -

Howard L. Hibbard SBN 80987
LAW OFFICES OF Howard L. Hibbard
22693 Hesperian Blvd., Suite 210
Hayward, CA. 94541
(510) 786-1781
Attorney for Ms. Victoria Arel Lucas

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 98-51326 ASW-13 (Chapter 13) |
| In Re: H. Keith Henson, Debtor. | **ADVERSARY PROCEEDING NO. 035130** |
| Religious Technology Center, Creditor, Plaintiff | OBJECTION TO DEPOSITION OF AREL LUCAS |
| | Date:  May 6, 2003 |
| v. | Time:  10:00 am |
| | Place: Ten Almaden Blvd. Ste. 1460 San Jose, CA 95113 |
| H. Keith Henson, Director, Defendant | |

To ALL PARTIES AND TO THEIR ATTORNEY OF RECORD:

That Arel Lucas objects to her deposition noticed by Religious Technology Center set for June 4, 2003, in that Arel Lucas resides in Canada and outside the scope of a notice of deposition, in that her residence is more than 75 miles from the place of deposition.

Dated: April 21, 2003

*/s/ Howard L. Hibbard*
Howard L. Hibbard
Attorney Victoria Arel Lucas

OBJECTION TO DEPOSITION - 1        **EXHIBIT 2**

Proof of Service by Mail

I am over the age of 18 and not a party to this cause. I am employed at Howard L. Hibbard Law Office, 22693 Hesperian Blvd., Suite 210, Hayward, CA. 94541.

On the date set forth below I served the foregoing document(s) as:

**Objection to Deposition of Arel Lucas,**

On the following person(s) in this action, and by the following method, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Elaine M. Seid, Esq.
MCPHARLIN, SPRINKLES & THOMAS LLP
Ten Almaden Blvd., Ste 1460
San Jose, CA  95113
Telephone: (408) 293-1900

Helena K. Kobrin, Esq.
MOXON & KOBRIN
3055 Wilshire Blvd, Ste. 900
Los Angeles, CA  90010
Telephone: (213) 487-4468

Samuel D. Rosen, Esq.
75 East 55th Street, 12th Flr.
New York, New York  10022-3205
Telephone: (212) 318-6000
Attorneys for Creditor
RELIGIOUS TECHNOLOGY CTR.

Stanley A. Zlotoff
LAW OFFICES OF ZLOTOFF
300 S. First St., Ste 215
San Jose, CA  95113
Fax: (408) 287-7645
Attorney for Debtor

Judith Suelzle
LAW OFFICES OF JUDITH S. SUELZLE
19925 Stevens Creek Blvd.
Cupertino, CA  95014-2305
Attorney for Carl Wu, Chapter 7 Trustee

David J. Cook
COOK, PERKISS & LEW
333 Pine Street, Ste. 300
San Francisco, CA  94104
Attorney for Hilary Dezotell, Ken Hoden & Bruce Wagnoner

U.S. Trustee's Office
280 S. first Street, Suite 268
San Jose, CA  95113

H. Keith Henson
P. O. Box 60012
Palo Alto, CA  94306

[ ]   (BY FAX)

[x]   (BY MAIL) I cause such envelope(s) with postage thereon fully prepaid to be placed in the box regularly used for collection and mailing on the date down below, in Suite 210 at 22693 Hesperian Street, Hayward, California, following our ordinary and usual business practice as follows:  on the same day that correspondence is placed in the mail collection box at Suite 210, it is collected processed and deposited in the U.S. Mail box located at 22693 Hesperian Blvd., Hayward, California.
[} (BY HAND) I hand delivered the above documents tc all listed counsel on .

Dated:  April  21, 2003          *Natalie H. Libonati* (signature)
                                   Natalie H. Libonati