E.R. 5

Elaine M. Seid, SBN 72588
MCPHARLIN, SPRINKLES & THOMAS LLP
Ten Almaden Blvd., Ste. 1460
San Jose, CA 95113
Telephone: (408) 293-1900

Helena K. Kobrin, SBN 152546
MOXON & KOBRIN
3055 Wilshire Blvd., Ste. 900
Los Angeles, CA 90010
Telephone: (213) 487-4468

Samuel D. Rosen, Esq.
75 East 55th Street
New York, New York 10022-3205
Telephone: (212) 318-6020

Attorneys for Creditor
RELIGIOUS TECHNOLOGY CENTER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re H. KEITH HENSON,

    Debtor.

CASE NO.: 98-51326 ASW-7
(Chapter 7)

Adv. No. 03-5131

Religious Technology Center,

    Plaintiff,

v.

V. Arel Lucas, an individual, as wife of the Debtor; Carol Wu, as Chapter 7 Trustee,

    Defendant.

DATE: September 13, 2004
TIME: 1:30 p.m.
CTRM: Hon. Arthur Weissbrodt

**DECLARATION OF HELENA K. KOBRIN IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF CONCERNING INTENT AND VIDEOCONFERENCE ISSUES PERTAINING TO PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF V. AREL LUCAS**

KOBRIN DEC. RE PLAINTIFF'S SUPPLEMENTAL BRIEF
CONCERNING INTENT AND VIDEOCONFERENCE ISSUES
FOR MOTION TO COMPEL

I, Helena K. Kobrin, hereby declare:

1.  I am one of the counsel of record for plaintiff Religious Technology Center. I have personal knowledge of the facts set forth below, and if called upon to do so, could and would testify competently thereto.

2.  In compliance with the Court's request that the parties provide information on the cost and practicality of conducting Arel Lucas's deposition by videoconference, we checked into those issues. There are various different services available. Typically, a party has to pay charges for the room being used to conduct the videoconference, which includes the equipment, as well as set-up and line charges, in addition to the fees of the court reporter.

3.  The videoconference room rental charges are generally in the range of $175-$250/hour for videoconferences in the United States, and are at least $250 for international rentals. Scheduling or set-up fees tend to be $50-$75. These charges need to be doubled, as they would apply on both ends. Charges for a high quality telecommunications line are $120-$150/hour. Using a four-hour deposition as an example, these costs would be at least $2,750. In contrast, as I informed the Court (along with evidentiary support) in my Declaration filed on June 23, 2004 (Docket No. 50), it is possible to travel from Canada to San Jose for under $500, including both airfare and hotel.

4.  On August 11, I wrote to defendant's attorney, Wayne Silver, stating our understanding that he viewed a videoconference deposition as too costly for his client. I reiterated our earlier offer to take her deposition in New York at the Paul, Hastings, Janofsky & Walker, LLP offices so she would have a shorter distance to travel. I also asked Mr. Silver to let me know, if that was unacceptable, if he had some other alternative idea. A true and correct copy of my letter is attached as Exhibit A. I have not heard back from Mr. Silver.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California the 12th day of August 2004.

*/s/ Helena K. Kobrin*
Helena K. Kobrin

KOBRIN DEC. RE PLAINTIFF'S SUPPLEMENTAL BRIEF
CONCERNING INTENT AND VIDEOCONFERENCE ISSUES
FOR MOTION TO COMPEL                                    1

| | | |
|---|---|---|
| KENDRICK L. MOXON *<br>HELENA K. KOBRIN #<br>AVA M. PAQUETTE<br>―――<br>* ALSO ADMITTED IN<br>THE DISTRICT OF COLUMBIA<br># ALSO ADMITTED IN<br>FLORIDA | **MOXON & KOBRIN**<br><br>ATTORNEYS AT LAW<br>3055 WILSHIRE BOULEVARD<br>SUITE 900<br>LOS ANGELES, CALIFORNIA 90010<br>TELEPHONE (213) 487-4468<br>TELECOPIER (213) 487-5385 | OF COUNSEL<br>―――<br>JEANNE M. GAVIGAN |

August 11, 2004

## VIA TELEFAX AND U.S. MAIL
(408-720-7001)

Wayne Silver, Esq.
111 W. Evelyn Avenue, Suite 107
Sunnyvale, CA 94088

Re: *Religious Technology Center v. Lucas*

Dear Mr. Silver:

When we were last before Judge Weissbrodt, he raised the issue of taking your client's deposition by videoconference. We are aware that you continue to oppose the deposition, but we do need to respond to Judge Weissbrodt's inquiries on this subject. This discussion is therefore without prejudice to any arguments you intend to make in opposition to the deposition.

It is our understanding that you view teleconferencing as far too costly a means for doing the deposition. We told you that we would be agreeable to taking Ms. Lucas's deposition in New York at the offices of Paul, Hastings, Janosfsky, and Walker LLP, which would be less expensive for your client than flying to California. You would have the option of attending either in person or by telephone.

Please let us know if you are agreeable to this alternative method of conducting the deposition or if you have any other suggestions of how this could be done, assuming the Court grants the motion, as it has indicated it intends to do.

Very truly yours,

Helena K. Kobrin

HKK:sg
cc: Elaine Seid, Esq.
     Samuel D. Rosen, Esq.
     Susan B. Luce, Esq.

1  ELAINE M. SEID SBN 72588
   McPHARLIN, SPRINKLES & THOMAS LLP
2  10 Almaden Blvd, Suite 1460
   San Jose, California  95113
3  Telephone (408) 293-1900
   Facsimile (408) 293-1999
4
   HELENA K. KOBRIN, SBN 152546
   MOXON & KOBRIN
5  3055 Wilshire Blvd., Ste. 900
   Los Angeles, CA  90010
6  (213) 487-4468

7  SAMUEL D. ROSEN Pro Hac Vice
   75 East 55th Street
8  New York, New York 10022-3206
   Telephone: (212) 318-6000
9
   Attorneys for Creditor
10 Religious Technology Center

11
                    UNITED STATES BANKRUPTCY COURT
12
                    NORTERN DISTRICT OF CALIFORNIA
13
                           SAN JOSE DIVISION
14

15 In re:                           )  Case No.: 98-51326 ASW-13
                                    )  Chapter 7
   H. KEITH HENSON,                 )
16        Debtor.                   )
                                    )
17 ─────────────────────────────    )  Adv. Pro. No. 03-5131
   Religious Technology Center,     )
18        Plaintiff,                )  Hearing:
                                    )  Date:   September 13, 2004
19 v.                               )  Time:   1:30 p.m.
                                    )  Judge:  Weissbrodt
20 V. Arel Lucas, an individual, as wife of the  )
   Debtor; Carol Wu, an individual as Chapter 7  )
21 Trustee,                         )
        Defendants.                 )
22 ─────────────────────────────    )

23                        **CERTIFICATE OF SERVICE**

24

CERTIFICATE OF SERVICE
                                   - 1 -

CERTIFICATE OF SERVICE

I declare that:

I am employed in the county of Santa Clara, State of California; I am over the age of eighteen (18) and not a party to the within-entitled action; my business address is 10 Almaden Blvd., Ste. 1460, San Jose, California, 95113.

On January 21, 2005, I served the following:

**CREDITOR RELIGIOUS TECHNOLOGY CENTER'S MOTION FOR LEAVE TO APPEAL ORDER DENYING MOTION TO COMPEL DEFENDANT'S DEPOSITION**

**NOTICE OF PENDENCY OF OTHER CASE**

**EXCERPTS OF RECORD**

**NON CONSENT TO HEARING OF APPEAL BY BAP**

**NOTICE OF APPEAL**

on the interested parties in said action, by depositing a true copy thereof in the United States Mail, postage prepaid in San Jose, California, addressed as follows:

| | |
|---|---|
| Susan Luce<br>Law Offices of Charles Logan<br>95 South Market St., Ste. 660<br>*San Jose, CA 95113* | Office of the U.S. Trustee<br>Attn: John Wesoloski<br>280 South First Street, Rm 268<br>San Jose, CA 95113 |
| Wayne A. Silver<br>111 West Evelyn Avenue<br>Sunnyvale, CA 94086 | Stan Zlotoff<br>Law Offices of Stanley Zlotoff<br>300 S. First St. Suite 215<br>San Jose, CA 95113 |

[X]  (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ]  (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]  (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile only on those entities as noted with facsimile numbers.

[X]  (FEDERAL) I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 21, 2005, at San Jose, California.

/S/ Ann Sprinkle
———————————————
ANN SPRINKLE

CERTIFICATE OF SERVICE

- 2 -

```
            MIME-Version:1.0
            From:BKECF_CANB@canb.uscourts.gov
            To:CourtMail@canbei.canb.uscourts.gov
            Message-Id:<2506669@canb.uscourts.gov>
            Bcc: USTPRegion17.SJ.ECF@usdoj.gov
            Subject:03-05131 "Notice of Appeal"
            Content-Type: text/plain
            ***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, downlo
            U.S. Bankruptcy Court
            Northern District of California

            Notice of Electronic Filing
            The following transaction was received from Seid, Elaine M. entered on 1/21/2005 at 5:31 PM PST and filed on 1/21/2005

            Case Name: Religious Technology Center v. Lucas et al
            Case Number: 03-05131 /cgi-bin/DktRpt.pl?159255

            Document Number: 69
            Copy the URL address from the line below into the location bar of your Web browser to view the document: /cgi-bin/show

            Docket Text:
            Notice of Appeal, Fee Amount $ 255.   Appellant Designation due by 1/31/2005. Transmission to District Court due by 2/2

            The following document(s) are associated with this transaction:
            Document description: Main Document
             Original filename: M:\Documents\EMS\Church\Pleadings\Adv Pro rtc v lucas-wu\Motion to Leave for Appeal 1-2005\ntc of
             Electronic document Stamp:
             [STAMP bkecfStamp_ID=1017961465 [Date=1/21/2005] [FileNumber=2506668-0] [2b445e200856b754c86ef3fb355797dda1e0f447a465
            Document description:  Non Consent to Hearing of Appeal by BAP
             Original filename: M:\Documents\EMS\Church\Pleadings\Adv Pro rtc v lucas-wu\Motion to Leave for Appeal 1-2005\Noncons
             Electronic document Stamp:
             [STAMP bkecfStamp_ID=1017961465 [Date=1/21/2005] [FileNumber=2506668-1] [b872bc38ed0c44d0bd2190d669e4d2d43d7f9b4003ba
            Document description:  Notice of Pendency of Other Case
             Original filename: M:\Documents\EMS\Church\Pleadings\Adv Pro rtc v lucas-wu\Motion to Leave for Appeal 1-2005\related
             Electronic document Stamp:
             [STAMP bkecfStamp_ID=1017961465 [Date=1/21/2005] [FileNumber=2506668-2] [18b2dd1cf980946b4a8190d57ac52d200c668de87e3c
            Document description:  Motion to Leave to Appeal
             Original filename: M:\Documents\EMS\Church\Pleadings\Adv Pro rtc v lucas-wu\Motion to Leave for Appeal 1-2005\mtn for
             Electronic document Stamp:
             [STAMP bkecfStamp_ID=1017961465 [Date=1/21/2005] [FileNumber=2506668-3] [2ff146c842fdc7ba0ec13737737faeba085504825754
            Document description:  Excerpts of Record
             Original filename: M:\Documents\EMS\Church\Pleadings\Adv Pro rtc v lucas-wu\Motion to Leave for Appeal 1-2005\Henson
             Electronic document Stamp:
             [STAMP bkecfStamp_ID=1017961465 [Date=1/21/2005] [FileNumber=2506668-4] [a901d63e2daea0391d13c71426e46edda35b44bfde64
            Document description: Exhibit E.R. 1
             Original filename: M:\Documents\EMS\Church\Pleadings\Adv Pro rtc v lucas-wu\Motion to Leave for Appeal 1-2005\ER 1.pd
             Electronic document Stamp:
             [STAMP bkecfStamp_ID=1017961465 [Date=1/21/2005] [FileNumber=2506668-5] [48adaf7eee3bef1fd9c3f5bffbe045204942a2995226
            Document description: Exhibit E.R. 2
             Original filename: M:\Documents\EMS\Church\Pleadings\Adv Pro rtc v lucas-wu\Motion to Leave for Appeal 1-2005\ER 2.pd
             Electronic document Stamp:
             [STAMP bkecfStamp_ID=1017961465 [Date=1/21/2005] [FileNumber=2506668-6] [5fc726901b78237619eeeb36ab1f21215f6dff6c966f
            Document description: Exhibit E.R. 3
             Original filename: M:\Documents\EMS\Church\Pleadings\Adv Pro rtc v lucas-wu\Motion to Leave for Appeal 1-2005\ER 3.pd
             Electronic document Stamp:
             [STAMP bkecfStamp_ID=1017961465 [Date=1/21/2005] [FileNumber=2506668-7] [9c9a308508ed734bc37a685da11614a8c52bbea95051
            Document description: Exhibit E.R. 4
             Original filename: M:\Documents\EMS\Church\Pleadings\Adv Pro rtc v lucas-wu\Motion to Leave for Appeal 1-2005\ER 4.pd
             Electronic document Stamp:
             [STAMP bkecfStamp_ID=1017961465 [Date=1/21/2005] [FileNumber=2506668-8] [581988e9c0f26d38be5ed1661f2a9000b6adc46577ba
            Document description: Exhibit E.R. 5
             Original filename: M:\Documents\EMS\Church\Pleadings\Adv Pro rtc v lucas-wu\Motion to Leave for Appeal 1-2005\ER 5.pd
             Electronic document Stamp:
             [STAMP bkecfStamp_ID=1017961465 [Date=1/21/2005] [FileNumber=2506668-9] [0340d7d365e90b5bcf2cd37ec8958f9206d81a44acb5
            Document description: Certificate of Service
             Original filename: M:\Documents\EMS\Church\Pleadings\Adv Pro rtc v lucas-wu\Motion to Leave for Appeal 1-2005\COS 1-2
             Electronic document Stamp:
             [STAMP bkecfStamp_ID=1017961465 [Date=1/21/2005] [FileNumber=2506668-10] [990568d6bd1dcc11c82c4abe34f26b68701496b3f6f


            03-05131 Notice will be electronically mailed to:
              Office of the U.S. Trustee / SJ  USTPRegion17.SJ.ECF@usdoj.gov

            Elaine M. Seid                                         emseid@mstpartners.com,

            Wayne A. Silver                                        w_silver@sbcglobal.net



            03-05131 Notice will not be electronically mailed to:
            Judith S. Suelzle
            Law Offices of Judith S. Suelzle
            P. O. Box 3984
            Los Altos, CA 94024-0984
```