Wayne A. Silver, Esq. (108135)
111 West Evelyn Avenue, Suite 107
Sunnyvale, California 94086
Tel. (408) 720-7007
Fax. (408) 720-7001

Attorney for Defendant
V. AREL LUCAS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>H. KEITH HENSON,<br><br>Debtor.<br>_____<br><br>RELIGIOUS TECHNOLOGY CENTER,<br><br>    Plaintiff,<br><br>  v.<br><br>V AREL LUCAS, et. al.,<br><br>    Defendants. | Dist. Court No.:<br><br>Case No.: 98-51326-ASW<br>Chapter 7<br><br>Adv. Pro. No. 03-5131 |

**APPELLEE V. AREL LUCAS' OPPOSITION TO MOTION FOR LEAVE TO APPEAL**

    Appellee V. Arel Lucas, ("Lucas") opposes the motion of Religious Technology Center ("RTC") for leave to appeal the Order Denying Motion To Compel Defendant's Deposition entered in the Bankruptcy Court on January 18, 2005, (the "Discovery Order"), on the following grounds:

*Appellee V. Arel Lucas' Opposition To Motion For Leave To Appeal*     *Page - 1*

1  The Discovery Order was entered after a hearing on November 9, 2004, wherein
2  Bankruptcy Judge Weissbrodt allowed the RTC to propound 50 interrogatories to
3  Lucas. As stated in the Transcript Of Proceedings at P. 23: 5-7, (attached to the RTC
4  Excerpt Of The Record at Ex. 4) the Bankruptcy Court allowed the RTC to take further
5  leave if Lucas' responses to the interrogatories "made additional questions necessary."
6  RTC chose not to propound the interrogatories.
7  The Court is requested to take judicial notice of the CANB Live Database -
8  Docket Report, and the items marked thereon, attached to Lucas' Designation Of
9  Additional Items To Be Included In The Record On Appeal, filed and served
10 concurrently herewith. RTC omitted numerous material pleadings and declarations
11 from their Excerpt Of The Record to present a one-sided and inaccurate record. For
12 example, Lucas filed a Countermotion For Protective Order, (Docket Items 43, 44 and
13 45, which was granted by the Court as part of the Discovery Order (Docket Item 68).
14 Leave to appeal is normally limited to situations that would avoid wasteful
15 litigation, involve a controlling question of law as to which there is substantial ground
16 for difference of opinion, and would materially advance the ultimate termination of the
17 litigation. Roderick v. Levy (In re Roderick Timber Co.), 185 B.R. 601, 604 (9th Cir. BAP
18 1995); In re Travers 202 B.R. 624, 626 (9th Cir. BAP 1996). None of those factors are
19 present here; this is an appeal from a discovery order that has nothing to do with an
20 issue that is separate from the merits, it does not conclusively determine the disputed
21 question, and the issue will be reviewable on appeal from the final judgment.
22 The Discovery Order does not concern an issue of privilege, and does not affect a
23 disinterested third party to the Adversary Proceeding. It will be reviewed for clear
24 abuse of discretion. (See Matter of Orthopedic Bone Screw Prod. Liab. Lit., 79 F.3d 46, 48
25 (7th Cir. 1996). And there is simply no evidence in the record that the Bankruptcy Court

1  clearly abused its discretion. The Bankruptcy Court did not prevent the RTC from
2  conducting the requested discovery; it merely dictated the manner and means of
3  discovery, which under any circumstances is a reasonable exercise of discretion. This is
4  <u>expressly authorized</u> in Federal Rule Of Civil Procedure 26(c).
5      The RTC motion for leave should be denied for the foregoing reasons, and this
6  appeal dismissed.
7      Dated: January 26, 2005

Wayne A. Silver, attorney for Appellee
V. AREL LUCAS

**Miscellaneous:**

03-05131 Religious Technology Center v. Lucas et al

## U.S. Bankruptcy Court

## Northern District of California

Notice of Electronic Filing

The following transaction was received from Silver, Wayne A. entered on 1/26/2005 at 12:40 PM PST and filed on 1/26/2005
**Case Name:**        Religious Technology Center v. Lucas et al
**Case Number:**    03-05131
**Document Number:** 73

**Docket Text:**
Brief/Memorandum in Opposition to *Motion For Leave To Appeal* (RE: related document(s)[69] Notice of Appeal, ). Filed by Defendant V. Arel Lucas (Silver, Wayne)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\Wayne Silver\My Documents\BKC\Lucas\MSJ\appeal\Opposition Leave To Appeal.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=1/26/2005] [FileNumber=2527970-0
] [56b240208593bc288b06d7b94fb3ad1660205ec2122bddb59810b853bdf0335b09b
f1a867a4b67b523b095f60a9a84a23d0c95d790f68eae3d8f339088e1fa77]]

**03-05131 Notice will be electronically mailed to:**

Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov

Elaine M. Seid    emseid@mstpartners.com,

Wayne A. Silver    w_silver@sbcglobal.net

**03-05131 Notice will not be electronically mailed to:**

Judith S. Suelzle
Law Offices of Judith S. Suelzle
P. O. Box 3984
Los Altos, CA 94024-0984