Wayne A. Silver, Esq. (108135)
111 West Evelyn Avenue, Suite 107
Sunnyvale, California 94086
Tel. (408) 720-7007
Fax. (408) 720-7001

Attorney for Defendant
V. AREL LUCAS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>H. KEITH HENSON,<br><br>      Debtor.<br><hr>RELIGIOUS TECHNOLOGY CENTER,<br><br>      Plaintiff,<br><br>  v.<br><br>V AREL LUCAS, et. al.,<br><br>      Defendants. | Dist. Court No.:<br><br>Case No.: 98-51326-ASW<br>Chapter 7<br><br>Adv. Pro. No. 03-5131 |

## AMENDED CERTIFICATE OF SERVICE

I am over the age of 18 years, not a party to the within action or proceeding, and my business address is 111 West Evelyn Avenue, Suite 107, Sunnyvale, California.

On January 26, 2005 I served the:

APPELLEE V. AREL LUCAS' DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

APPELLEE V. AREL LUCAS' OPPOSITION TO MOTION FOR LEAVE TO APPEAL

on the interested parties herein, by placing true copies thereof, in sealed envelopes, with the postage thereon fully prepaid, in the United States Mail at Sunnyvale, California, addressed as follows:

Elaine M Seid, Esq.
MCPHARLIN, SPRINKLES & THOMAS, LLP
Ten Almaden Blvd., Ste. 1460
San Jose, CA 95113

Helena K. Kobrin, Esq.
MOXON & KOBRIN
3055 Wilshire Blvd., Ste. 900
Los Angeles, CA 90010

Samuel D. Rosen, Esq.
75 East 55th Street, 12th Floor
New York, New York 10022-3205

Susan Luce
LAW OFFICE OF CHARLES LOGAN
95 S. Market Street, Suite 570
San Jose, CA 95113

OFFICE OF THE U.S. TRUSTEE
John Wesolowski
280 S. First Street, Suite 268
San Jose, CA 95113

Stan Zlotoff, Esq.
300 South 1st Street, Suite 215
San Jose, CA 95113

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 26, 2005 at Sunnyvale, California.

/s/ Wayne A. Silver
Wayne A. Silver

**Miscellaneous:**

03-05131 Religious Technology Center v. Lucas et al

## U.S. Bankruptcy Court

## Northern District of California

Notice of Electronic Filing

The following transaction was received from Silver, Wayne A. entered on 1/26/2005 at 7:29 PM PST and filed on 1/26/2005
**Case Name:**         Religious Technology Center v. Lucas et al
**Case Number:**       03-05131
**Document Number:** 76

**Docket Text:**
First Amended Certificate of Service (RE: related document(s)[73] Opposition Brief/Memorandum, [74] Response, ). Filed by Defendant V. Arel Lucas (Silver, Wayne)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\Wayne Silver\My Documents\BKC\Lucas\MSJ\appeal\Amended Certificate Of Service.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=1/26/2005] [FileNumber=2530924-0
] [3dc870b70c702867588cbd4a8ff1a238f2d861bf59f4a24dc9e4fb055f3ba301499
1a3fd6e27c5a9e8569dada1fe702c53304cd82da28e2c6fd98b76ebeb8bf8]]

**03-05131 Notice will be electronically mailed to:**

Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov

Elaine M. Seid     emseid@mstpartners.com,

Wayne A. Silver    w_silver@sbcglobal.net

**03-05131 Notice will not be electronically mailed to:**

Judith S. Suelzle
Law Offices of Judith S. Suelzle
P. O. Box 3984
Los Altos, CA 94024-0984