```
MIME-Version:1.0
From:BKECF_CANB@canb.uscourts.gov
To:CourtMail@canbei.canb.uscourts.gov
Message-Id:<2548873@canb.uscourts.gov>
Bcc: USTPRegion17.SJ.ECF@usdoj.gov
Subject:03-05131 "Document"
Content-Type: text/plain
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, downlo
U.S. Bankruptcy Court
Northern District of California

Notice of Electronic Filing
The following transaction was received from Silver, Wayne A. entered on 1/31/2005 at 11:19 AM PST and filed on 1/31/20

Case Name: Religious Technology Center v. Lucas et al
Case Number: 03-05131 /cgi-bin/DktRpt.pl?159255

Document Number: 77
Copy the URL address from the line below into the location bar of your Web browser to view the document: /cgi-bin/show

Docket Text:
Corrected Document: Exhibit.  (RE: related document(s)[74] Response, ). Filed by Defendant V. Arel Lucas (Silver, Wayn

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: C:\Documents and Settings\Wayne Silver\My Documents\ECF\Adversary Docket.pdf
 Electronic document Stamp:
 [STAMP bkecfStamp_ID=1017961465 [Date=1/31/2005] [FileNumber=2548871-0] [57f7439d336975ffc541c7f5741a245119471497916c


03-05131 Notice will be electronically mailed to:
   Office of the U.S. Trustee / SJ USTPRegion17.SJ.ECF@usdoj.gov

 Elaine M. Seid                                          emseid@mstpartners.com,

 Wayne A. Silver                                         w_silver@sbcglobal.net


03-05131 Notice will not be electronically mailed to:
Judith S. Suelzle
Law Offices of Judith S. Suelzle
P. O. Box 3984
Los Altos, CA 94024-0984
```

**APPEAL**

# U.S. Bankruptcy Court
## Northern District of California (San Jose)
### Adversary Proceeding #: 03-05131

*Assigned to:* Judge Arthur S. Weissbrodt
*Related BK Case:* 98-51326
*Related BK Title:* Howard Keith Henson
*Demand:*
*Nature of Suit:* 435

*Date Filed:* 04/02/03

**Plaintiff**
-----------------------

**Religious Technology Center**        represented by **Elaine M. Seid**
                                       McPharlin, Sprinkles and Thomas
                                       10 Almaden Blvd. #1460
                                       San Jose, CA 95113
                                       (408) 293-1900
                                       Email: emseid@mstpartners.com
                                       *LEAD ATTORNEY*

V.

**Defendant**
-----------------------

**V. Arel Lucas**                      represented by **Wayne A. Silver**
                                       Law Offices of Wayne A. Silver
                                       111 W Evelyn Ave. #107
                                       Sunnyvale, CA 94086
                                       (408) 720-7007
                                       Email: w_silver@sbcglobal.net
                                       *LEAD ATTORNEY*

**Carol Wu**                           represented by **Judith S. Suelzle**
                                       Law Offices of Judith S. Suelzle
                                       P. O. Box 3984
                                       Los Altos, CA 94024-0984
                                       (650) 947-1240
                                       *LEAD ATTORNEY*

**U.S. Trustee**
-----------------------

**Office of the U.S. Trustee / SJ,**
U.S. Federal Bldg.

280 S 1st St. #268
San Jose, CA 95113-3004

| Filing Date | # | Docket Text |
|---|---|---|
| 04/02/2003 | 1 | Complaint (03-5131) Religions Technology Center vs. V. Arel Lucas . NOS 435 Validity/Priority/Extent Lien . ( Filing Fee $ 150.00 Receipt # 50038861) (sk) (Entered: 04/02/2003) |
| 04/03/2003 |   | 5 Summons(es) Issued on V. Arel Lucas Answer due 5/5/03 for V. Arel Lucas (cmc) (Entered: 04/03/2003) |
| 04/03/2003 | 2 | Order for Telephonic Status Conference Status Conference Scheduled for 2:15 7/23/03 at San Jose Courtroom 3099 Status Conference Statement Due: 7/16/03 with Certificate of Mailing. (cmc) (Entered: 04/03/2003) |
| 04/18/2003 | 3 | Notice to Take Deposition of V. Arel Lucas Filed by Plaintiff Religions Technology Center w/cos . (cmc, ) (Entered: 05/01/2003) |
| 05/12/2003 | 4 | Answer to Complaint Filed by Carol Wu . (cmc, ) (Entered: 05/14/2003) |
| 05/12/2003 | 5 | Certificate of Service (RE: related document(s)[4] Answer to Complaint Filed by Carol Wu . (cmc, )). Filed by Defendant Carol Wu (cmc, ) (Entered: 05/14/2003) |
| 06/18/2003 | 6 | Summons Service Executed on Religions Technology Center 4/11/2003 . (se, ) (Entered: 06/23/2003) |
| 06/18/2003 | 6 | Certificate of Service (RE: related document(s)[1] Complaint (03-5131) Religions Technology Center vs. V. Arel Lucas . NOS 435 Validity/Priority/Extent Lien . ( Filing Fee $ 150.00 Receipt # 50038861) (sk)). Filed by Plaintiff Religions Technology Center (se, ) (Entered: 06/23/2003) |
| 06/19/2003 | 7 | Answer to Complaint Filed by H. Keith Henson . (se, ) (Entered: 06/23/2003) |
| 06/23/2003 | 8 | Answer to Complaint Filed by V. Arel Lucas . w/cos (cmc, ) (Entered: 06/24/2003) |
| 07/16/2003 | 9 | Status Conference Statement (RE: related document(s)[2] Order for Telephonic Status Conference Status Conference Scheduled for 2:15 7/23/03 at San Jose Courtroom 3099 Status Conference Statement Due: 7/16/03 with Certificate of Mailing. (cmc)). Filed by Plaintiff Religions Technology Center w/cos (cmc, ) (Entered: 07/17/2003) |
| 07/17/2003 | 10 | Notice of Appearance and Request for Notice by Wayne A. Silver Filed by Attorney Wayne A. Silver Filed by Defendant V. Arel Lucas w/cos (cmc, ) (Entered: 07/17/2003) |