| 07/17/2003 | 11 | Status Conference Statement and Request for Continuance (RE: related document (s)[2] Order for Telephonic Status Conference Status Conference Scheduled for 2:15 7/23/03 at San Jose Courtroom 3099 Status Conference Statement Due: 7/16/03 with Certificate of Mailing. (cmc)). Filed by Defendant V. Arel Lucas w/cos (cmc, ) (Entered: 07/17/2003) |
|---|---|---|
| 07/22/2003 | 12 | Status Conference Statement (RE: related document(s)[2] Order for Telephonic Status Conference Status Conference Scheduled for 2:15 7/23/03 at San Jose Courtroom 3099 Status Conference Statement Due: 7/16/03 with Certificate of Mailing. (cmc)). Filed by Interested Party H. Keith Henson w/cos (cmc, ) (Entered: 07/25/2003) |
| 07/23/2003 |  | Hearing Held (RE: related document(s)[2] Order for Telephonic Status Conference Status Conference Scheduled for 2:15 7/23/03 at San Jose Courtroom 3099, with Certificate of Mailing. (cmc)). Cont to 10/20 at 3:15. (cp, ) (Entered: 07/25/2003) |
| 07/31/2003 | 13 | Amended Complaint by Religions Technology Center against V. Arel Lucas , Carol Wu . (RE: related document(s)[1] Complaint). w/cos (cmc, ) (Entered: 08/01/2003) |
| 08/08/2003 | 14 | Order for Continued Telephonic Status Conference with Certificate of Mailing . Status Conference to be held on 10/20/2003 at 03:15 PM at San Jose Courtroom 3099. Status Conference Statement due by 10/10/2003. (pp, ) (Entered: 08/11/2003) |
| 08/08/2003 | 15 | Answer to Amended Complaint Filed by V. Arel Lucas . (jd, )w/ cert. of service (Entered: 08/14/2003) |
| 08/25/2003 | 16 | Transcript, Date of Hearing: 7/23/03. (tm, ) (Entered: 08/29/2003) |
| 10/10/2003 | 17 | Status Conference Statement (RE: related document(s)[14] Order for Telephonic Status Conference). Filed by Plaintiff Religions Technology Center (pp, ) (Entered: 10/16/2003) |
| 10/10/2003 | 18 | Status Conference Statement (RE: related document(s)[14] Order for Telephonic Status Conference). Filed by Defendant V. Arel Lucas (pp, ) (Entered: 10/16/2003) |
| 10/20/2003 |  | Hearing Held (RE: related document(s)[14] Order for Continued Telephonic Status Conference with Certificate of Mailing . Status Conference to be held on 10/20/2003 at 03:15 PM at San Jose Courtroom 3099. Status Conference Statement due by 10/10/2003. (pp, )). (tb, )Continued to 11/13/03 at 3:15 prior to hearing - the court will generate a continued order. (Entered: 10/29/2003) |
| 10/31/2003 | 19 | Order for continued Telephonic Status Conference with Certificate of Mailing . Status Conference to be held on 11/13/2003 at 03:15 PM at San Jose Courtroom |

| | | |
|---|---|---|
| | | 3099. Status Conference Statement due by 11/6/2003. (pp, ) (Entered: 11/03/2003) |
| 11/07/2003 | 20 | Status Conference Statement (RE: related document(s)[19] Order for Telephonic Status Conference). Filed by Plaintiff Religions Technology Center (pp, ) (Entered: 11/12/2003) |
| 11/10/2003 | 21 | Status Conference Statement and request for continuance (RE: related document(s)[19] Order for Telephonic Status Conference). Filed by Defendant V. Arel Lucas (pp, ) Modified on 11/13/2003 (pp, ). (Entered: 11/13/2003) |
| 11/13/2003 | | Hearing Held (RE: related document(s)[19] Order for continued Telephonic Status Conference with Certificate of Mailing . (pp, )). (tb, ) continued CMC for 1/15/04 at 3:15. (Entered: 11/18/2003) |
| 11/21/2003 | 22 | Order for continued Telephonic Status Conference with Certificate of Mailing . Status Conference to be held on 1/15/2004 at 03:15 PM at San Jose Courtroom 3099. Status Conference Statement due by 1/8/2004. (pp, ) (Entered: 11/24/2003) |
| 01/08/2004 | 23 | Status Conference Statement (RE: related document(s)[22] Order for Telephonic Status Conference). Filed by Plaintiff Religions Technology Center (pp, ) (Entered: 01/09/2004) |
| 01/12/2004 | 24 | Status Conference Statement and request for continuance (RE: related document(s)[22] Order for Telephonic Status Conference). Filed by Defendant V. Arel Lucas (pp, ) (Entered: 01/13/2004) |
| 01/15/2004 | | Hearing Held (RE: related document(s)[22] Order for continued Telephonic Status Conference with Certificate of Mailing . Status Conference to be held on 1/15/2004 at 03:15 PM at San Jose Courtroom 3099. Status Conference Statement due by 1/8/2004. (pp, )). (tb, )CMC continued to 4/8/04 at 3:15. (Entered: 01/20/2004) |
| 01/30/2004 | 25 | Order for Continued Telephonic Status Conference with Certificate of Mailing . Status Conference to be held on 4/8/2004 at 03:15 PM at San Jose Courtroom 3099. Status Conference Statement due by 4/1/2004. (se, ) (Entered: 02/05/2004) |
| 03/05/2004 | 26 | Motion for Summary Judgment Filed by Defendant V. Arel Lucas . (aw, ) Memorandum of Points and Authorities in Support (Entered: 03/07/2004) |
| 03/05/2004 | 26 | Notice of Hearing (RE: related document(s)[26] Motion for Summary Judgment/Adjudication filed by Defendant V. Arel Lucas). Hearing scheduled for 4/15/2004 at 02:15 PM at San Jose Courtroom 3099. Filed by Defendant V. Arel Lucas . (aw, ) (Entered: 03/07/2004) |
| 03/05/2004 | 27 | Declaration of V. Arel Lucas (RE: related document(s)[26] Motion for Summary Judgment/Adjudication). Filed by Defendant V. Arel Lucas (aw, ) (Entered: |

| | | |
|---|---|---|
| | | 03/07/2004) |
| 03/05/2004 | 28 | Declaration of Wayne Silver (RE: related document(s)[26] Motion for Summary Judgment/Adjudication). Filed by Defendant V. Arel Lucas (aw, ) (Entered: 03/07/2004) |
| 03/05/2004 | 29 | Request To Take Judicial Notice (RE: related document(s)[26] Motion for Summary Judgment/Adjudication). Filed by Defendant V. Arel Lucas (aw, ) (Entered: 03/07/2004) |
| 03/05/2004 | 30 | Certificate of Service (RE: related document(s)[28] Declaration, [29] Request To Take Judicial Notice, [26] Motion for Summary Judgment/Adjudication, [26] Notice of Hearing, [27] Declaration). Filed by Defendant V. Arel Lucas (aw, ) (Entered: 03/07/2004) |
| 03/12/2004 | 31 | Notice of Continued Hearing (RE: related document(s)[26] Motion for Summary Judgment/Adjudication filed by Defendant V. Arel Lucas). Hearing to be held on 5/6/2004 at 2:15 PM San Jose Courtroom 3099 for [26], Filed by Defendant V. Arel Lucas . (aw, ) (Entered: 03/15/2004) |
| 04/02/2004 | 32 | Stipulation to Continue Hearing On Filed by Plaintiff Religions Technology Center (RE: related document(s)[25] Order for Telephonic Status Conference). Hearing scheduled for 6/14/2004 at 03:15 PM at San Jose Courtroom 3099. (Attachments: # 1 Certificate of Service) (Seid, Elaine) (Entered: 04/02/2004) |
| 04/02/2004 | 33 | Notice of Entry of Order Regarding: (RE: related document(s)[25] Order for Telephonic Status Conference). Filed by Plaintiff Religions Technology Center. (Attachments: # 1 Exhibit A) (Seid, Elaine) (Entered: 04/02/2004) |
| 04/02/2004 | 34 | Order Continuing Case Management Hearing (RE: related document(s)32 Stipulation to Continue/Reschedule Hearing, filed by Plaintiff Religions Technology Center). (aw, ) (Entered: 04/05/2004) |
| 04/02/2004 | 34 | Order To Set Hearing (RE: related document(s)[34] Order). Status Conference to be held on 6/14/2004 at 03:15 PM at San Jose Courtroom 3099. (aw, ) (Entered: 04/05/2004) |
| 04/06/2004 | 35 | Motion to Compel Filed by Plaintiff Religions Technology Center (Attachments: # 1 Certificate of Service) (Seid, Elaine) (Entered: 04/06/2004) |
| 04/06/2004 | 36 | Notice of Hearing (RE: related document(s)35 Motion to Compel filed by Plaintiff Religions Technology Center). Hearing scheduled for 5/6/2004 at 03:00 PM at San Jose Courtroom 3099. Filed by Plaintiff Religions Technology Center (Attachments: # 1 Certificate of Service) (Seid, Elaine) (Entered: 04/06/2004) |
| 04/06/2004 | 37 | Declaration of Elaine M. Seid in Support of (RE: related document(s)35 Motion to Compel). Filed by Plaintiff Religions Technology Center (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit # 2 Certificate of Service) (Seid, Elaine) (Entered: 04/06/2004) |
| 04/06/2004 | 38 | Declaration of Helena K. Kobrin in Support of (RE: related document(s)35 Motion to Compel). Filed by Plaintiff Religions Technology Center (Attachments: # 1 Exhibit # 2 Certificate of Service) (Seid, Elaine) (Entered: 04/06/2004) |
| 04/23/2004 | 39 | Motion to Continue Hearing On Filed by Defendant Carol Wu (RE: related document(s)[26] Motion for Summary Judgment/Adjudication filed by Defendant V. Arel Lucas, 35 Motion to Compel filed by Plaintiff Religions Technology Center) . (aw, ) (Entered: 04/29/2004) |
| 04/26/2004 | 40 | Order Granting Motion To Continue/Reschedule Hearing On (Related Doc # [39]) Hearing to be held on 7/1/2004 at 3:00 PM San Jose Courtroom 3099 for [26], Hearing to be held on 7/1/2004 at 3:00 PM San Jose Courtroom 3099 for 35, (aw, ) (Entered: 04/29/2004) |
| 06/07/2004 | 41 | Stipulation to Continue Hearing On Filed by Plaintiff Religions Technology Center. Hearing scheduled for 7/12/2004 at 03:15 PM at San Jose Courtroom 3099. (Attachments: # 1 Certificate of Service) (Seid, Elaine) (Entered: 06/07/2004) |
| 06/09/2004 | 42 | Order Continuing Telephonic Status Conference with Certificate of Mailing . Status Conference to be held on 7/12/2004 at 03:15 PM at San Jose Courtroom 3099. Status Conference Statement due by 7/2/2004. (aw, ) (Entered: 06/10/2004) |
| 06/16/2004 | 43 | Objection (RE: related document(s)35 Motion to Compel). Filed by Defendant V. Arel Lucas (aw, ) (Entered: 06/17/2004) |
| 06/16/2004 | 43 | CounterMotion for Protective Order Filed by Defendant V. Arel Lucas . (aw, ) (Entered: 06/17/2004) |
| 06/16/2004 | 44 | Declaration of V. Arel Lucas in opposition of (RE: related document(s)[43] Objection, [43] Motion for Protective Order). Filed by Defendant V. Arel Lucas (aw, ) (Entered: 06/17/2004) |
| 06/16/2004 | 45 | Declaration of Wayne A. Silver (RE: related document(s)[43] Objection, [43] Motion for Protective Order, [44] Declaration). Filed by Defendant V. Arel Lucas (aw, ) (Entered: 06/17/2004) |
| 06/16/2004 | 46 | Certificate of Service (RE: related document(s)[45] Declaration, [43] Objection, [43] Motion for Protective Order, [44] Declaration). Filed by Defendant V. Arel Lucas (aw, ) (Entered: 06/17/2004) |
| 06/17/2004 | 47 | Brief/Memorandum in Opposition to (RE: related document(s)[26] Motion for Summary Judgment/Adjudication). Filed by Plaintiff Religions Technology |

| | | |
|---|---|---|
| | | Center (Attachments: # 1 Certificate of Service) (Seid, Elaine) (Entered: 06/17/2004) |
| 06/17/2004 | 48 | Declaration of Helena Kobrin in Support of (RE: related document(s)[26] Motion for Summary Judgment/Adjudication). Filed by Plaintiff Religions Technology Center (Attachments: # 1 Exhibit A-D# 2 Exhibit E-J# 3 Certificate of Service) (Seid, Elaine) (Entered: 06/17/2004) |
| 06/24/2004 | 49 | Reply in Support (RE: related document(s)35 Motion to Compel Deposition of V. Arel Lucas, and Opposition [43] Motion to Countermotion For Protective Order). Filed by Plaintiff Religious Technology Center (aw, ) (Entered: 06/24/2004) |
| 06/24/2004 | 50 | Reply Declaration of Helena K. Korbin in support of (RE: related document(s)35 Motion to Compel). Filed by Plaintiff Religious Technology Center (aw, ) (Entered: 06/24/2004) |
| 06/24/2004 | 51 | Certificate of Service (RE: related document(s)[49] Reply, [50] Declaration). Filed by Plaintiff Religious Technology Center (aw, ) (Entered: 06/24/2004) |
| 06/28/2004 | 52 | Reply Memo to Opposition to (RE: related document(s)[26] Motion for Summary Judgment/Adjudication (RE: related document(s)47 Opposition Brief/Memorandum). Filed by Defendant V. Arel Lucas (se, ) (Entered: 06/30/2004) |
| 07/01/2004 | | Hearing Continued (RE: related document(s)35 Motion to Compel Filed by Plaintiff Religions Technology Center (Attachments: # (1) Certificate of Service) (Seid, Elaine)). Hearing to be held on 9/13/2004 at 1:30 PM San Jose Courtroom 3099 for 35, (tb, )Mr Silver to file pleadings on issue of practicality of doing a deposition by video conferencing 2 weeks before the hearing. (Entered: 07/07/2004) |
| 07/01/2004 | | Hearing Continued (RE: related document(s)[26] Motion for Summary Judgment Filed by Defendant V. Arel Lucas . (aw, )Memorandum of Points and Authorities in Support). Hearing to be held on 9/13/2004 at 1:30 PM San Jose Courtroom 3099 for [26], (tb, ) (Entered: 07/07/2004) |
| 07/01/2004 | | NO Hearing Held (RE: related document(s)[42] Order Continuing Telephonic Status Conference with Certificate of Mailing . Status Conference to be held on 7/12/2004 at 03:15 PM at San Jose Courtroom 3099. Status Conference Statement due by 7/2/2004. (aw, )). CMC continued to 11/15/04 at 3:15 prior to hearing. (tb, ) (Entered: 07/07/2004) |
| 07/07/2004 | 53 | Order Setting Continued Telephonic Status Conference with Certificate of Mailing . Status Conference to be held on 11/15/2004 at 03:15 PM at San Jose Courtroom 3099. Status Conference Statement due by 11/8/2004. (aw, ) (Entered: 07/08/2004) |

| | | |
|---|---|---|
| 07/20/2004 | 54 | Stipulation to Continue Hearing Filed by Plaintiff Religious Technology Center (RE: related document(s)[26] Motion for Summary Judgment/Adjudication filed by Defendant V. Arel Lucas, 35 Motion to Compel filed by Plaintiff Religious Technology Center). (Attachments: # 1 Certificate of Service) (Seid, Elaine) (Entered: 07/20/2004) |
| 08/03/2004 | 56 | Order (RE: related document(s)54 Stipulation to Continue Hearing, filed by Plaintiff Religious Technology Center). (aw, ) (Entered: 08/06/2004) |
| 08/03/2004 | 57 | Order To Continue Hearing (RE: related document(s)41 Stipulation to Continue Hearing filed by Plaintiff Religious Technology Center). Hearing to be held on 9/13/2004 at 1:30 PM San Jose Courtroom 3099 for 41, (aw, ) (Entered: 08/06/2004) |
| 08/05/2004 | 55 | Notice of Entry of Order Regarding: *Briefing Schedule and Continued Hearing* Filed by Plaintiff Religious Technology Center. (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Seid, Elaine) (Entered: 08/05/2004) |
| 08/12/2004 | 58 | Memorandum of Points and Authorities RE: Intent Not An Issue in Motion To Compel Deposition of V Arel Lucas, stay Proceedings and For Sanctions (RE: related document(s)35 Motion to Compel). Filed by Defendant V. Arel Lucas (aw, ) w/pos (Entered: 08/12/2004) |
| 08/13/2004 | 59 | Supplemental Brief Concerning Intent and Videoconference Issues Pertaining (RE: related document(s)35 Motion to Compel). Filed by Plaintiff Religious Technology Center (aw, ) (Entered: 08/16/2004) |
| 08/13/2004 | 60 | Declaration of Helena K. Kobrin in support of (RE: related document(s)[59] Supplemental Document). Filed by Plaintiff Religious Technology Center (aw, ) (Entered: 08/16/2004) |
| 08/13/2004 | 61 | Certificate of Service (RE: related document(s)[59] Supplemental Document, [60] Declaration). Filed by Plaintiff Religious Technology Center (aw, ) (Entered: 08/16/2004) |
| 08/27/2004 | 62 | Response to (RE: related document(s)[58] Memo of Points & Authorities). Filed by Plaintiff Religious Technology Center (Attachments: # 1 Certificate of Service) (Seid, Elaine) (Entered: 08/27/2004) |
| 09/03/2004 | 63 | Reply to (RE: related document(s)[58] Memo of Points & Authorities). Filed by Defendant V. Arel Lucas (aw, )w/pos (Entered: 09/03/2004) |
| 09/13/2004 | | Hearing Continued (RE: related document(s)35 Motion to Compel Filed by Plaintiff Religions Technology Center (Attachments: # (1) Certificate of Service) (Seid, Elaine)). Hearing to be held on 11/9/2004 at 3:00 PM San Jose Courtroom 3099 for 35, (tb, ) (Entered: 09/13/2004) |

| 09/13/2004 | | Hearing Set On (RE: related document(s)[43] CounterMotion for Protective Order Filed by Defendant V. Arel Lucas . (aw, )). Hearing scheduled for 11/9/2004 at 03:00 PM at San Jose Courtroom 3099. (tb, ) (Entered: 09/13/2004) |
|---|---|---|
| 09/13/2004 | | Hearing Set On (RE: related document(s)[26] Motion for Summary Judgment Filed by Defendant V. Arel Lucas . (aw, )Memorandum of Points and Authorities in Support). Hearing scheduled for 11/9/2004 at 03:00 PM at San Jose Courtroom 3099. (tb, ) (Entered: 09/13/2004) |
| 11/08/2004 | 64 | Case Management Conference Statement . (RE: related document(s)[53] Order for Telephonic Status Conference). Filed by Defendant V. Arel Lucas (aw, ) w/pos (Entered: 11/09/2004) |
| 11/09/2004 | | Hearing Held (RE: related document(s)35 Motion to Compel Filed by Plaintiff Religions Technology Center (Attachments: # (1) Certificate of Service) (Seid, Elaine)). (tb, )The Court allowed interrogatories, but no deposition at this time, but without prejudice to seeking a deposition after. (Entered: 11/22/2004) |
| 11/09/2004 | | Hearing Held (RE: related document(s)[43] CounterMotion for Protective Order Filed by Defendant V. Arel Lucas . (aw, )). (tb, )Granted in part. (Entered: 11/22/2004) |
| 11/09/2004 | | Hearing Continued (off record)(if Pl is going to proceed by interrogatories it is to notify Mr Silver in writing w/in 10 days) (RE: related document(s)[26] Motion for Summary Judgment Filed by Defendant V. Arel Lucas . (aw, )Memorandum of Points and Authorities in Support). Hearing to be held on 2/10/2005 at 3:00 PM San Jose Courtroom 3099 for [26], (tb, ) (Entered: 11/22/2004) |
| 11/11/2004 | 65 | Stipulation to Continue Hearing Filed by Plaintiff Religious Technology Center AND DEFENDANT V. AREL LUCAS. (Attachments: # 1 Certificate of Service) (Seid, Elaine)**ERROR: (1) BOTH PARTIES SHOULD BE SELECTED AS PARTY FILERS. COURT TO ADD LINKAGE AND TEXT. (2) STIPULATION SHOULD BE LINKED TO THE ORDER FOR TELEPHONIC STATUS CONFERENCE AND INSERT CONTINUED HEARING DATE. COURT TO ADD LINKAGE. **Modified on 11/12/2004 (aw, ). (Entered: 11/11/2004) |
| 11/12/2004 | | **CORRECTIVE ENTRY** (RE: related document(s)65 Stipulation to Continue Hearing, ). **ERROR: (1) BOTH PARTIES SHOULD BE SELECTED AS PARTY FILERS. COURT TO ADD LINKAGE AND TEXT. (2) STIPULATION SHOULD BE LINKED TO THE ORDER FOR TELEPHONIC STATUS CONFERENCE AND INSERT CONTINUED HEARING DATE. COURT TO ADD LINKAGE. ** (aw, ) (Entered: 11/12/2004) |
| 11/15/2004 | 66 | Order Continuing Case Management Conference. Case Management Conference to be held on 2/14/2005 at 03:15 PM at San Jose Courtroom 3099. Case Management Conference Statement due by 2/7/2005. (eo, ) (Entered: |

| | | |
|---|---|---|
| | | 11/17/2004) |
| 11/19/2004 | 67 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)66 Order for Telephonic Status Conference). Service Date 11/19/2004. (Admin.) (Entered: 11/19/2004) |
| 01/18/2005 | 68 | Order Granting Motion For Protective Order (Related Doc # [43]) (aw, ) (Entered: 01/19/2005) |
| 01/21/2005 | 69 | Notice of Appeal, Fee Amount $ 255. Appellant Designation due by 1/31/2005. Transmission to District Court due by 2/22/2005. (Attachments: # 1 Non Consent to Hearing of Appeal by BAP# 2 Notice of Pendency of Other Case# 3 Motion to Leave to Appeal# 4 Excerpts of Record# 5 Exhibit E.R. 1# 6 Exhibit E.R. 2# 7 Exhibit E.R. 3# 8 Exhibit E.R. 4# 9 Exhibit E.R. 5# 10 Certificate of Service) Filed by Plaintiff Religious Technology Center (Seid, Elaine) (Entered: 01/21/2005) |
| 01/21/2005 | | Receipt of filing fee for Notice of Appeal(03-05131) [appeal,ntcapl] ( 255.00). Receipt number 1807143, amount $ 255.00 (U.S. Treasury) (Entered: 01/21/2005) |
| 01/21/2005 | 70 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)68 Order on Motion for Protective Order). Service Date 01/21/2005. (Admin.) (Entered: 01/21/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/25/2005 13:12:32 | | | |
| PACER Login: | ws0178 | Client Code: | LUCAS |
| Description: | Docket Report | Search Criteria: | 03-05131 Fil or Ent: Fil From: 1/1/2002 To: 1/25/2005 Doc From: 0 Doc To: 99999999 Term: y Links: n Format: HTMLfmt |
| Billable Pages: | 6 | Cost: | 0.48 |