1  Elaine M. Seid, Esq., SBN 72588
   MCPHARLIN, SPRINKLES & THOMAS LLP
2  Ten Almaden Blvd., Ste. 1460
   San Jose, CA 95113
3  Telephone: (408) 293-1900

4  Helena K. Kobrin Esq., SBN 152546
   MOXON & KOBRIN
5  3055 Wilshire Blvd., Ste. 900
   Los Angeles, CA 90010
6  Telephone: (213) 487-4468

7  Samuel D. Rosen, Esq.
   75 East 55th Street, 12th Floor
8  New York, New York 10022-3205
   Telephone: (212) 318-6000
9
   Attorneys for Creditor
10 RELIGIOUS TECHNOLOGY CENTER

11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14
                                        DIST. CT. NO. 5:05-cv-00417-JF
15
   In re H. KEITH HENSON,
16
           Debtor.
17
                                        BANK. CASE NO.: 98-51326 ASW-7
18 Religious Technology Center,          (Chapter 7)
19                Plaintiff,
                                         Adv. No. 03-5131
20 v.                                    Status Conference:
21 V. Arel Lucas, an individual, as wife of   Date: 7/29/2005
   the Debtor; Carol Wu, as Chapter 7    Time: 10:30 a.m.
22 Trustee,                              Judge: J. Fogel
23                Defendant.

24

25
           **JOINT STATUS CONFERENCE STATEMENT**
26 **AND STIPULATION TO CONTINUE OR VACATE STATUS CONFERENCE**

27

28

JOINT STATUS CONFERENCE STATEMENT

Plaintiff Religious Technology Center ("RTC") and Defendant V. Arel Lucas hereby file their joint status conference statement.[1]

RTC filed a Motion for Leave to Appeal, including a Notice of Appeal on January 21, 2005. It also filed at the same time a Notice of Pendency of Other Case or Proceeding, as well as a Non-Consent to Hearing of Appeal by Bankruptcy Appellate Panel. These items are reflected on the Bankruptcy Court's Docket Sheet attached as Exhibit A hereto as item 69, which lists all of these filings.

When these items were transmitted to the District Court, it appears that they were not docketed to list all of the filings, and thus there resulted some confusion over what was pending. RTC has filed a related case notice each time it has filed prior motions for leave to appeal in this bankruptcy case, and in each instance, they have been assigned to the Honorable Ronald M. Whyte. When counsel ascertained that the papers sent from the District Court were not correctly reflected on the Court's docket, she sent a package of all filed documents with a cover letter to the clerks for both Judge Whyte and the Honorable Jeremy Fogel on March 11, 2005 so they would know what had been filed and could resolve any issues as to what Court the case should be assigned to. Exhibit B is a copy of that cover letter. An amended motion for leave to appeal was filed on March 13, 2005 and is the last entry on the Court's docket. ((Dkt. Nbr. 3.)

---

[1] The chapter 7 Trustee is also a party to this adversary proceeding, but has not been a party to the pending Motion for Leave to Appeal.

JOINT STATUS CONFERENCE STATEMENT

1   From what counsel can see, there has been no activity in the case since that time.
2   There has been no ruling related to the Notice of Pendency of Other Case or Proceeding,
3
4   and there has therefore been no further action taken by either the Court or the parties.
5   Thus, what needs to be done with respect to the motion for leave to appeal is: (1)
6   the related case issue needs to be resolved; (2) the motion for leave to appeal then needs to
7   be calendared; (3) a briefing schedule set on the motion for leave to appal; and (4) the
8
9   motion for leave to appeal should then be either taken under submission or a hearing
10  conducted at the Court's discretion.
11  The parties know of no issue requiring a status conference and suggest that the one
12
13  set for July 29, 2005 is not necessary and should either be continued to a holding date or
14  removed from the court's calendar. The parties hereby stipulate to continue the status
15  conference to a further date or to vacating the status conference, whichever the Court
16
17  deems appropriate.
18  Dated: July 27, 2005                           McPHARLIN, SPRINKLES & THOMAS, LLP
19
20
21                                                 By: _____
                                                       Elaine M. Seid
22
                                                   Attorneys for Creditor
23                                                 RELIGIOUS TECHNOLOGY CENTER
24
25
26                                                 _____
                                                   Wayne A. Silver
27
                                                   Attorney for Defendant
28                                                 V. AREL LUCAS

JOINT STATUS CONFERENCE STATEMENT
                                            3