**APPEAL**

# U.S. Bankruptcy Court
# Northern District of California (San Jose)
# Adversary Proceeding #: 03-05131

*Assigned to:* Judge Arthur S. Weissbrodt
*Related BK Case:* 98-51326
*Related BK Title:* Howard Keith Henson          *Date Filed:* 04/02/03
*Demand:*
*Nature of Suit:* 435

## Plaintiff

------------------------

**Religious Technology Center**    represented by    **Elaine M. Seid**
McPharlin, Sprinkles and Thomas
10 Almaden Blvd. #1460
San Jose, CA 95113
(408) 293-1900
Email: emseid@mstpartners.com
*LEAD ATTORNEY*

V.

## Defendant

------------------------

**V. Arel Lucas**    represented by    **Wayne A. Silver**
Law Offices of Wayne A. Silver
111 W Evelyn Ave. #107
Sunnyvale, CA 94086
(408) 720-7007

**EXHIBIT A** page 1

|  |  |  |
|---|---|---|
| **Carol Wu** | represented by | **Judith S. Suelzle**<br>Law Offices of Judith S. Suelzle<br>P. O. Box 3984<br>Los Altos, CA 94024-0984<br>(650) 947-1240<br>Email:<br>w_silver@sbcglobal.net<br>*LEAD ATTORNEY*<br><br>**Susan B. Luce**<br>Law Offices of Charles E. Logan<br>95 S Market St. #660<br>San Jose, CA 95113<br>(408) 995-0256<br>Email:<br>susanluce@ix.netcom.com |

**U.S. Trustee**
--------------------------

**Office of the U.S. Trustee / SJ,**
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

| Filing Date | # | Docket Text |
|---|---|---|
| 01/18/2005 | 68 | Order Granting Motion to Compel (Related Doc # 35) (aw, )ERROR: COURT LINKED ORDER TO WRONG DOCUMENT, COURT CORRECTED. Modified on 1/25/2005 (jd, ). (Entered: 01/19/2005) |

EXHIBIT A page 2

| | | |
|---|---|---|
| 01/21/2005 | 69 | Notice of Appeal, Fee Amount $ 255. Appellant Designation due by 1/31/2005. Transmission to District Court due by 2/22/2005. (Attachments: # 1 Non Consent to Hearing of Appeal by BAP# 2 Notice of Pendency of Other Case# 3 Motion to Leave to Appeal# 4 Excerpts of Record# 5 Exhibit E.R. 1# 6 Exhibit E.R. 2# 7 Exhibit E.R. 3# 8 Exhibit E.R. 4# 9 Exhibit E.R. 5# 10 Certificate of Service) Filed by Plaintiff Religious Technology Center (Seid, Elaine)** ERROR: MOTION TO LEAVE TO APPEAL SHOULD BE A SEPARATE DOCKET ENTRY. ATTORNEY TO RE-FILE MOTION. ACTION IS REQUIRED BY THE ATTORNEY** Modified on 2/25/2005 (aw, ). (Entered: 01/21/2005) |
| 01/21/2005 | | Receipt of filing fee for Notice of Appeal(03-05131) [appeal,ntcapl] ( 255.00). Receipt number 1807143, amount $ 255.00 (U.S. Treasury) (Entered: 01/21/2005) |
| 01/21/2005 | 70 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)68 Order on Motion for Protective Order). Service Date 01/21/2005. (Admin.) (Entered: 01/21/2005) |
| 01/25/2005 | | **ERROR** (RE: related document(s)68 Order on Motion on Motion to Compel). (jd, )ERROR: COURT LINKED ORDER TO WRONG DOCUMENT, COURT CORRECTED. (Entered: 01/25/2005) |
| 01/25/2005 | 71 | Courts Certificate of Mailing. Number of notices mailed: 6 (RE: related document(s)69 Notice of Appeal, ). (jd, ) (Entered: 01/25/2005) |
| 01/25/2005 | 72 | Transmittal of Record on Appeal to U.S. District |

EXHIBIT A page 3