KENDRICK L. MOXON *
HELENA K. KOBRIN #
AVA M. PAQUETTE

* ALSO ADMITTED IN
THE DISTRICT OF COLUMBIA
# ALSO ADMITTED IN
FLORIDA

## MOXON & KOBRIN

ATTORNEYS AT LAW
3055 WILSHIRE BOULEVARD
SUITE 900
LOS ANGELES, CALIFORNIA 90010
TELEPHONE (213) 487-4468
TELECOPIER (213) 487-5385

OF COUNSEL

JEANNE M. GAVIGAN

March 11, 2005

### VIA HAND DELIVERY

Ms. Jackie Garcia
Clerk to the Hon. Ronald Whyte

and

Ms. Teresa Fleischman
Clerk to the Hon. Jeremy Fogel
United States District Court
280 South First Street
San Jose, CA 95113

Re:   *Religious Technology Center v. V. Arel Lucas*, Dist. Ct. No. 05-00417 JF

Dear Jackie and Teresa:

In speaking to both of you in the last few days and reviewing the docket sheet of this case on Pacer, it appears there is some confusion about what was filed and who should have it. So I am sending along courtesy copies of the documents to assist you in sorting out what was filed and where it should be.

A motion for leave to appeal, along with a memorandum of points and authorities were filed with a notice of appeal in the Bankruptcy Court according to 28 U.S.C. § 158(a)(3) and Bankruptcy Rules 8001(b) and 8003. We also filed a notice of pendency of a related case with those papers as required by the rules because the case is related to several earlier cases.



EXHIBIT B page 1

Ms. Jackie Garcia
Ms. Teresa Fleischman
March 11, 2005
Page 2

    I am enclosing copies of all of these documents for each of you. I hope this helps you in working out what was filed and which court it should be in. If you have any other questions about this, please feel free to contact me for any assistance needed.

Very truly yours,<br><br>Helena K. Kobrin

HKK: gs

Enclosures

cc:    Wayne Silver, Esq.
       Susan Luce, Esq.
       Elaine M. Seid, Esq.
       Samuel D. Rosen, Esq.

**EXHIBIT B** page 2