**E-Filed 9/27/05**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RELIGIOUS TECHNOLOGY CENTER,<br><br>           Plaintiff,<br><br>           v.<br><br>V. AREL LUCAS, et al.,<br><br>           Defendants. | Case Number C 05-417-JF<br><br>ORDER TRANSFERRING ACTION<br>TO JUDGE RONALD M. WHYTE |

    Judge Whyte has determined that the instant action is related to case numbers C 03-4730-RMW and C 03-4923-RMW and has requested that the undersigned issue an order transferring the instant case to him. The Clerk of the Court is directed to transfer the instant action to Judge Whyte.

    IT IS SO ORDERED.

DATED: 9/27/05

                                                                /s/ electronic signature authorized
                                                              _____
                                                              JEREMY FOGEL
                                                              United States District Judge

Case No. C 05-417-JF
ORDER TRANSFERRING ACTION TO JUDGE RONALD M. WHYTE
(JFLC2)

1   Copies of Order served on:

3   Helena K. Kobrin    MoxonKobrin@aol.com,

4   Elaine M. Seid    emseid@mstpartners.com,

5   Wayne A. Silver    w_silver@sbcglobal.net,

6   Office of the U.S. Trustee/SJ
    U.S. Federal Bld.
7   280 S 1st St. #268
    San Jose, CA 95113-3004

    Samuel D. Rosen
9   Paul Hastings Janofsky & Walker LLP
    75 East 55th Street
10  New York, NY 10022-3206

11  Judith S. Suelzle
    Law Offices of Judith S. Suelzle
12  P.O. Box 3984
    Los Altos, CA 94024-0984

    USBC Manager-San Jose
14  US Bankruptcy Court
    280 South First Street
15  Room 3035
    San Jose, CA 95113

    Arthur S. Weissbrodt
17  U.S. Bankruptcy Court
    280 South First Street
18  Room 3035
    San Jose, CA 95113

2

Case No. C 05-417-JF
ORDER TRANSFERRING ACTION TO JUDGE RONALD M. WHYTE
(JFLC2)